FILED
May 05, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002610506

Law Office of Stephen Murphy
STEPHEN MURPHY #207102
622 Jackson St.
Fairfield, CA 94533
707-425-3358
707-359-0211 Facsimile

Attorney for Debtor(s) Gregory Alan Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In re

Gregory Alan Judge
XXX-XX-3172

Debtor.

Case No. 10-31307-C-7

DC No.: SNM-1
DATE: JUNE 15, 2010
TIME: 9:30 A.M.
DEPT#: C - COURTROOM 35
HONORABLE JUDGE KLEIN

# MOTION FOR AN ORDER APPROVING ABANDONMENT OF GREG JUDGE TILE (A SOLE PROPRIETORSHIP)

TO THE HONORABLE BANKRUPTCY JUDGE,

The Motion of Gregory Alan Judge respectfully represents:

1. Movant filed a voluntary petition for relief under Title 11 of the United States code on April 29, 2010.
2. At the time of the entry of the order for relief debtor was in possession of the following described property: Greg Judge Tile (a sole proprietorship), located at 4248 Irene Dr, Vallejo, CA 94591, consisting of personal property described on Schedule B and as more particularly described on debtor's declaration filed herewith.
3. The property so described is claimed as exempt by the debtors under CCP 703.140(b)(6), CCP 703.140(b)(2), and CCP 703.140(b)(5), and no administration by the trustee is contemplated.

-1-

4. Movant desires to continue to operate said business during the pending of the bankruptcy proceeding and require an order of abandonment under Bankruptcy Rule 6007.

WHEREFORE, Movant prays that the trustee in the above-stated case be required to abandon said personal property and for such other and further relief as is just and proper.

Dated: May 5, 2010

/s/ Stephen Murphy
STEPHEN MURPHY
Attorney for Movant